# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA AND DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 MAY -4 P 3: 24

CLERK C Adams
            OF GA.

| | | |
|---|---|---|
| IN RE: | ) Case Nos.: | CR116-079, M. Lambert |
| | ) | CR116-088, A. Crawford |
| LEAVE OF ABSENCE REQUEST | ) | CR117-001, A. Garcia |
| PATRICIA G. RHODES | ) | CR117-002, S. Norton et. al. |
| June 21st through June 23rd, 2017. | ) | CR117-011, V. White, Jr. |
| | ) | CR117-0119, D. Magness |
| | ) | CR317-001, G. Bird |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for June 21st through June 23rd, 2017, for vacation; same is hereby GRANTED.

This 4th day of May, 2017.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA